ACCEPTED
14-14-01016-cv
FOURTEENTH COURT OF APPEAL
HOUSTON, TEXAS
1/12/2015 2:04:14 PM
CHRISTOPHER PRIN
CLERK

## NO. 12-FD-3409

| | | |
|---|---|---|
| IN THE MATTER OF THE MARRIAGE OF | § § § | IN THE DISTRICT COURT |
| LARA MARIE CHARPENTIER AND JASON WALTER CHARPENTIER | § § § § | 306TH JUDICIAL DISTRICT |
| AND IN THE INTEREST OF HAZEL CHARPENTIER, GEORGE CHARPENTIER, SAMUEL CHARPENTIER AND JAMES CHARPENTIER, CHILDREN | § § § § § § | GALVESTON COUNTY, TX |

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
1/12/2015 2:04:14 PM
CHRISTOPHER A. PRINE
Clerk

### NOTICE OF APPEAL

TO THE COURT:

Respondent, Jason Walter Charpentier, hereby give notice of his desire to appeal the final judgment signed on or about 4 November 2014, by the 306th Judicial District Court of Galveston County, Texas, in cause number 12-FD-3409, styled *In the Matter of the Marriage of Lara Marie Charpentier and Jason Walter Charpentier and in the Interest of Hazel Charpentier, George Charpentier, Samuel Charpentier and James Charpentier, Children.*

Appeal is hereby taken to either the First or Fourteenth Courts of Appeals in Harris County, Texas.

This notice is filed by respondent, Jason Walter Charpentier.

DATED:     December 20, 2014.

1

Respectfully submitted,

_____

Timothy A. Hootman
SBN 09965450
2402 Pease St
Houston, TX 77003
713.247.9548
713.583.9523 (fax)
E-mail: thootman2000@yahoo.com

ATTORNEY FOR JASON WALTER CHARPENTIER

## Certificate of Service

I hereby certify that, I have served the forgoing document upon the following attorneys by personal mail, by commercial delivery service, by fax, or by electronic service:

Bill de la Garza
Kimberly D. Levi
17050 El Camino Real
Houston, TX 77058

Date: 12-20-2014

_____

Timothy A. Hootman

2